UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFEANYI HENRY OKORO, | No. 1:26-CV-03373-TLN-SCR |
| Petitioner, | A # 207-519-972 |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | **ORDER** |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 8.) Respondents filed objections to the findings and recommendations, objecting for the reasons indicated in their prior responsive pleading. (ECF No. 9 (referencing ECF No. 7).)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations filed June 3, 2026 (ECF No. 8) are ADOPTED in full.

2.      Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3.      Respondents are ORDERED to provide Petitioner Ifeanyi Jenry Okoro (A # 207-519-97) with a bond hearing before a neutral adjudicator at which the government bears the burden of justifying Petitioner's continued detention by establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk.  The adjudicator must consider Petitioner's financial circumstances for bond and alternative conditions of release.  The bond hearing must be provided within **seven (7) days** from the date of this Order.  At any such hearing, Petitioner shall be allowed to have counsel present.  If the government fails its burden to establish Petitioner is a danger to the community or a flight risk, Respondents must immediately release Petitioner.  Respondents may impose any restricts or conditions determined to be necessary by the adjudicator at the hearing.

4.      Within **five (5) days** from the date of the bond hearing, Respondents are ORDERED to file a notice certifying compliance with the above provision that includes the date of the hearing and the outcome of the hearing.

5.      If Petitioner is granted release on bond, Respondents shall return all of Petitioner's documents and possessions at the time of release.

6.      If Petitioner is released, Respondents are further ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral adjudicator where the government bears the burden to show by clear and convincing evidence that material changed circumstances demonstrate: (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  At any such hearing, Petitioner shall be

2

allowed to have counsel present.

7.      The Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: June 11, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE